HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JULIANNA WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JULIANNA WHITE,<br><br>            Defendant. | Case No.  6:20-mj-00008-JDP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date:   November 4, 2020<br>Time:   10:00 a.m.<br>Judge:  Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Julianna White, hereby stipulate and jointly move this Court to continue Ms. White's status conference from September 16, 2020 until November 4, 2020.

On May 19, 2020, Ms. White was arraigned before the honorable Jeremy D. Peterson. Defense investigation is ongoing.  Unfortunately ongoing COVID-19 closures have delayed defense investigation.  The undersigned defense counsel requests that Ms. White's status conference be continued until November 4, 2020 in order to undertake the necessary investigation. The Government does not object.

//

//

//

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated: September 14, 2020        */s/ Sean Anderson*
SEAN ANDERSON
Acting Legal Officer
National Park Service
Yosemite National Park

Dated: September 14, 2020        HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
JULIANNA WHITE

**ORDER**

Good cause appearing, the above stipulation to continue case 6:20-mj-00008 JDP until November 4, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: __September 14, 2020__   _____
UNITED STATES MAGISTRATE JUDGE