1  Sean O. Anderson
2  Acting Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California 95389
   Telephone: (209) 372-0241
5

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     | Case No. 6:20-mj-00008-JDP

12 |        Plaintiff,

13 |        v.                     | **MOTION TO DISMISS; AND ORDER THEREON**

14 | JULIANNA M. WHITE,

15 |        Defendant.

16

17

18       The parties having entered into a Deferred Prosecution Agreement, the United States

19 hereby moves the Court for an order of dismissal without prejudice pursuant to Rule 48 of the

20 Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

21

22                                          Respectfully submitted,

23

24       Dated: December 1, 2020             /S/ Sean O. Anderson_____
                                             Sean O. Anderson
25                                           Acting Legal Officer
                                             Yosemite National Park
26

27

28

                                              1                    United States v. Julianna WHITE

# ORDER

Upon application of the United States, it is hereby ordered that the above referenced matter, *United States v. White,* Case No. 6:20-mj-00008-JDP, be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   December 2, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE